UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| CURTIS GRIER, | CASE NO. 5:22-cv-1948 |
| Plaintiff, | ORDER |
| | [Resolving Doc. 1] |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | |
| Defendants. | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

Curtis Grier seeks judicial review of the Social Security Administration Commissioner's final decision denying his application for Disability Insurance Benefits ("DIB") and Supplemental Security Income ("SSI").[1]

On August 24, 2023, Magistrate Judge Armstrong issued a Report and Recommendation ("R&R") recommending that the Court affirm the Commissioner's final decision and deny benefits.[2] Objections to the R&R were due by September 7, 2023; Plaintiff Grier did not file an objection.

The Federal Magistrates Act requires district courts to conduct a *de novo* review of only objected-to portions of an R&R.[3] Absent objection, district courts may adopt an R&R without review.[4] Plaintiff did not object to the R&R, and this Court may adopt Magistrate Judge Armstrong's R&R without further review.

---

[1] Doc. 1. Plaintiff and Defendant filed merits briefs. Docs. 6, 7.
[2] Doc. 9.
[3] 28 U.S.C. § 636(b)(1).
[4] *Thomas v. Arn*, 474 U.S. 140, 149–52 (1985). Failure to timely object may waive a party's right to appeal the district court's order adopting the R&R. *Id*. at 155; *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).

Case No. 5:22-cv-1948
GWIN, J.

So, the Court **ADOPTS** Magistrate Judge Armstrong's R&R, and **AFFIRMS** the Commissioner's final decision.

IT IS SO ORDERED.

Dated: October 26, 2023                    *s/     James S. Gwin*
                                            JAMES S. GWIN
                                            UNITED STATES DISTRICT JUDGE